DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VERNA DOREEN SCOTT,** by and through **WENTWORTH A. INCE,**
Attorney-in-Fact,
Appellant,

v.

**TAMARAC REHABILITATION & HEALTH CENTER, INC., HBA
MANAGEMENT, INC., MILLENNIUM HEALTH SYSTEMS, LLC,** and
**NICOLA CHANDLER,**
Appellees.

No. 4D21-3596

[June 23, 2022]

Appeal of a non-final order from the Circuit Court for the Seventeenth
Judicial Circuit, Broward County; Carol Lisa Phillips, Judge; L.T. Case No.
CACE19-025495.

Lisa M. Tanaka of Wilkes & Associates, P.A., Tampa, for appellant.

Adam G. Rabinowitz and Yale I. Markus of Moore Rabinowitz Law,
Plantation, for appellees.

PER CURIAM.

*Affirmed.*

GERBER, FORST and ARTAU, JJ., concur.

*             *             *

***Not final until disposition of timely filed motion for rehearing.***